**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE: LIONEL SAWYER & COLLINS, LTD. | Case No. 2:17-cv-03076-APG-NJK |
| YVETTE WEINSTEIN, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> DOMINIC MARROCO, <br><br> Defendant. | **ORDER DENYING MOTION TO WITHDRAW THE REFERENCE** <br><br> (ECF No. 1) |

Defendant Dominic Marrocco moves to withdraw the reference for this adversary proceeding in the underlying bankruptcy case of debtor Lionel Sawyer & Collins, Ltd. ECF No. 1. Plaintiff Yvette Weinstein as the debtor's Chapter 7 Trustee filed an adversary proceeding against Marrocco, asserting state law claims seeking to recover for unpaid legal bills that Marrocco allegedly owes the debtor. ECF No. 6 at 4-7. Marrocco moves to withdraw the reference over these non-core claims, arguing withdrawal will conserve judicial resources because the adversary proceeding will require the bankruptcy court to issue proposed findings of fact and conclusions of law subject to de novo review by this court, possibly followed by a jury trial in this court. Weinstein opposes, arguing the motion is untimely and withdrawal will not conserve judicial resources. Weinstein also argues Marrocco has impliedly consented to the bankruptcy court's jurisdiction.

Local Rule of Bankruptcy Practice 5011(b) provides that a "motion to withdraw the reference of an adversary proceeding, in whole or in part, must be served and filed on or before the date on which the party enters its first appearance in the case."[1] Marrocco's counsel filed a

---

[1] The Trustee cites an old version of the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada.

notice of appearance on July 10, 2017, and Marrocco moved to quash service and for the bankruptcy court to abstain from exercising jurisdiction on July 19. ECF No. 6 at 13, 17-26. Marrocco thus first appeared in the case no later than July 19.  Marrocco did not file the motion to withdraw the reference until December 18. ECF No. 1.  Even if I considered Marrocco's motion to transfer venue as a motion to withdraw the reference, that motion was filed on October 18, well after Marrocco had first appeared the case. ECF No. 6 at 36-40.  Consequently, I deny this motion as untimely.

IT IS THEREFORE ORDERED that defendant Dominic Marrocco's motion to withdraw the reference **(ECF No. 1) is DENIED**.

DATED this 6th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE